# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KATHERINE JENKINS**                                                                 **PLAINTIFF**

**v.**                              **4:22-CV-00205-BRW-JJV**

**KILOLO KIJAKZAI, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the Commissioner's decision is reversed and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of September, 2022.


                                                         <u>Billy Roy Wilson</u>
                                                         UNITED STATES DISTRICT JUDGE